**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Iowa**

| | |
|---|---|
| **In the Matter of**: | : |
| | : Case No. 15-01639 |
| Brian J. Hansen | : |
| Jennifer A. Hansen, | : Chapter 13, |
| | : |
| *Debtors.* | : |

**OBJECTION TO DEBTOR'S CHAPTER 13 SECOND MODIFIED PLAN**

COMES NOW the creditor, James R. Harmeyer, Inc., d/b/a Tyler Homes ("Creditor") and objects to the Debtors' confirmation of its second amended and restated Chapter 13 plan filed August 15, 2016 at Docket No. 51 as follows:

1. Creditor restates objections raised in Docket Nos. 26 and 46 filed February 2, 2016 and June 27, 2016 respectively.

2. Creditor joins the trustee in her objections raised in Docket No. 53 filed September 6, 2016.

3. Section 5 of Debtors' modified plan seeks to devalue Debtors' collateral in an amount to negate James R. Harmeyer Inc.'s allowed secured claim and treat Creditor as unsecured. Creditor objects to this valuation and to this treatment.

4. Debtors plan is proposed not in good faith under the totality of the circumstances.

5. Debtor proposes expenses in Schedule J that are unreasonable.

DATED:    September 7, 2016

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz    AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR CREDITOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons indicated below:

| | |
|---|---|
| Daniel M. McDermott, US Trustee<br>United States Federal Courthouse<br>111 7th Avenue SE, Box 17<br>Cedar Rapids, IA  52401-2101 | Larry S. Eide, Attorney<br>Pappajohn, Shriver, Eide & Nielsen P.C.<br>103 E State Street, Suite 800<br>PO Box 1588<br>Mason City, IA50402-1588 |
| Carol F. Dunbar, Trustee<br>531 Commercial Street, Ste 500<br>Waterloo, IA 50701 | Brian & Jennifer Hansen<br>744 12th Avenue NE<br>Hampton, IA 50441 |

by ECF  or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of September, 2016.

/s/ Haley Close