**IN THE UNITED STATES BANKRUPTCY COURT**
Northern District of Iowa

| | |
|---|---|
| **In the Matter of**: | : |
| | : Case No. 15-01639 |
| Brian J. Hansen | : |
| Jennifer A. Hansen, | : Chapter 13, |
| | : |
| *Debtors.* | : |

**CREDITOR TYLER HOMES' WITNESS LIST**

COMES NOW the creditor, James R. Harmeyer, Inc., d/b/a Tyler Homes ("Creditor") and submits the following Witness List:

1. Michael A. Lockey
   Mike Lockey & Associates
   911 South St., #1
   Waterloo, IA

2. James R. Harmeyer
   James R. Harmeyer, Inc., d/b/a Tyler Homes
   P.O. Box 413
   Altoon, IA

Creditor reserves the right to call any witnesses listed by Debtor. Creditor reserves the right to call additional witnesses as necessary for impeachment. Creditor reserves the right to call additional witnesses to lay the foundation for exhibits, if necessary.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz     AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
ahrenholz@beecherlaw.com
Phone: 319-234-1766
Facsimile: 319-234-1225
ATTORNEY FOR TYLER HOMES

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons indicated below:

| | |
|---|---|
| Daniel M. McDermott, US Trustee | Larry S. Eide, Attorney |
| United States Federal Courthouse | Pappajohn, Shriver, Eide & Nielsen P.C. |
| 111 7th Avenue SE, Box 17 | 103 E State Street, Suite 800 |
| Cedar Rapids, IA 52401-2101 | PO Box 1588 |
| | Mason City, IA 50402-1588 |
| Carol F. Dunbar, Trustee | |
| 531 Commercial Street, Ste 500 | Brian & Jennifer Hansen |
| Waterloo, IA 50701 | 744 12th Avenue NE |
| | Hampton, IA 50441 |

by ECF or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of December, 2016.

/s/ Haley Close