**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**EXHIBIT LIST**

| | |
|---|---|
| IN RE:<br>Brian J. Hansen<br>Jennifer A. Hansen<br>       Debtor(s) | Chapter<br>BANKRUPTCY NO. 15-01639<br><br>ADVERSARY NO. |
|        Plaintiff(s)<br>vs.<br><br>       Defendant(s) | CONTESTED NO.<br><br>HEARING DATE 12/15/2016 |

Party's Name: James R. Harmeyer, Inc., d/b/a Tyler Homes

Party's Attorney: Kevin D. Ahrenholz

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Appraisal by Mike Lockey | | | | | | |
| 2 | Appraisal by Janelle Nagel | | | | | | |
| 3 | Appraisal by Melanie Harrison | | | | | | |
| 4 | Cost of building | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**NOTE:** Per Local Bankruptcy Rules, marked exhibits should be hand-delivered to the Court Recorder prior to the Trial or Hearing.